**Opinion filed December 18, 2025**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-25-00180-CV

_____

## WESLEY D. FITE, Appellant

## V.

## LEAH FITE, Appellee

**On Appeal from the 39th District Court**
**Throckmorton County, Texas**
**Trial Court Cause No. 3592**

### MEMORANDUM OPINION

On July 3, 2025, Appellant, Wesley D. Fite, filed a pro se notice of appeal challenging the trial court's protective order. *See* TEX. FAM. CODE ANN. § 81.009(a) (West 2019). We dismiss the appeal for want of prosecution and Appellant's failure to comply with our directives. TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

When this appeal was docketed, we directed Appellant to file the docketing statement on or before July 14, 2025. TEX. R. APP. P. 32.1 (Upon filing a notice of appeal in a civil case, the appellant must promptly complete and file the docketing

statement in the appellate court.). Despite numerous reminders, Appellant has not filed the docketing statement.

Appellant's brief was originally due to be filed in this court on or before September 25, 2025. On our own motion, we extended the deadline for Appellant to file his brief to October 27. Appellant did not file a brief or otherwise contact the clerk's office regarding the delay. As a result, we extended the deadline for him to file his brief and docketing statement a final time, directing him to file both documents by November 26. In each letter to him, we informed Appellant that this appeal was subject to dismissal if he failed to comply. TEX. R. APP. P. 38.8(a)(1). As of this date, Appellant has not filed a brief or a docketing statement.

Because Appellant has failed to prosecute this appeal in a timely manner or comply with any of our directives, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).


W. STACY TROTTER
JUSTICE


December 18, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2